■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. HERBERT BLYDEN et al., Defendants. THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD FISHER, Defendant.— Motions granted to the extent that the indictments be removed from Supreme Court, Wyoming County to Supreme Court, Erie County. Memorandum: Ample grounds appear for removing the venue of the indictments and actions from the County of Wyoming to assure fair and impartial trials, as stated in the memorandum decision in *People* v. *Hill* (42 A D 2d 679). For the reasons stated in that decision venue is removed to Supreme Court, Erie County, giving effect to all the terms and conditions set forth therein. Present — Goldman, P. J., Marsh, Witmer, Cardamone and Simons, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JAMES MOORE, Defendant. — Motion granted to the extent that the indictment be removed from Supreme Court, Wyoming County to Supreme Court, Erie County (See *People* v. *Blyden*, 43 A D 2d 662, decided herewith).